**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AMERICAN GENERAL LIFE INSURANCE COMPANY** | * * | **CIVIL ACTION NO.** |
| Plaintiff | * * | **14-2600** |
| **VERSUS** | * * | **SECTION "C"** |
| **FORD ACCEPTANCE CORPORATION, ANTHONY A. NASH, ARRINGTON NASH, SHIKITA NASH, ARRINGTON WALTER, DETRICK WOODBERRY, DESMOND WOODBERRY, LAOSHIA WOODBERRY AND TRENETTA WOODBERRY** | * * * * * * | **JUDGE BERRIGAN** <br><br> **MAG. (5)** <br><br> **MAGISTRATE JUDGE NORTH** |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

The Clerk will please enter my appearance on behalf of Ford Acceptance Corporation, defendant in this matter, and cause notice of all pleading, orders, judgment, and other papers issued by the Court to any creditors or other parties in interest be sent to:

> MARK C. LANDRY
> NEWMAN, MATHIS, BRADY & SPEDALE
> A Professional Law Corporation
> 212 Veterans Boulevard
> Metairie, Louisiana   70005
> Telephone:  (504) 837-9040
> E-mail: mlandry@newmanmathis.com

> NEWMAN, MATHIS, BRADY & SPEDALE
> A Professional Law Corporation
> 212 Veterans Boulevard
> Metairie, Louisiana   70005
> Telephone:  (504) 837-9040


> By: /s/Mark C. Landry
>     Mark C. Landry
>     Bar Roll No. 7991

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served on all parties or counsel of record by electronic notification provided by the court's CM/ECF system, this 3rd day of December. To the extent that a party or attorney does not participate in the court's CM/ECF system, the foregoing has been served on those entities by First Class Mail, postage prepaid, on the same day. Parties served by first class mail are as follows:

None

/s/Mark C. Landry
MARK C. LANDRY